IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CIVIL ACTION FILE NO. |
| v. | 1:08-MJ-274-TWT |
| BRIAN LEE FOSTER, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 32] of the Magistrate Judge recommending denying the Defendant's pro se Motion for Return of Property [Doc. 16]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's pro se Motion for Return of Property [Doc. 16] is DENIED.

SO ORDERED, this 19 day of March, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge